UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LESLIE WILLIAMS, | ) | No. CV 09-06185-GW (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| J. SALAZAR, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

//

//

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

2  and Recommendation, (2) the Court declines to issue a Certificate of

3  Appealability ("COA");[1] and (3) Judgment be entered denying and

4  dismissing the Petition with prejudice.

5

6  DATED: December 28, 2010

7                                          GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20  _____

21        [1]     Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
    applicant has made a substantial showing of the denial of a
22  constitutional right." The Supreme Court has held that, to obtain a
    Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
    matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
    deserve encouragement to proceed further'." Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
    omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003). After review of Petitioner's contentions herein, this
    Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
    issuance of a COA.
28